**SO ORDERED.**
**SIGNED this 31st day of October, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

Debtor

STEPHANIE HATCH

Plaintiff

v.

RICHARD PARKER WILKINSON

Defendant

Case No. 3:16-bk-31282-SHB
Chapter 7

Adv. Proc. No. 3:16-ap-3038-SHB

## **O R D E R**

Pursuant to the Pretrial Order [Doc. 14] entered on April 20, 2017, the parties were to file a joint pretrial statement, briefs, and exhibits at least ten days prior to the scheduled trial date of November 6, 2017. Because none of these documents have been filed, the Court directs the parties and their respective counsel to appear on November 6, 2017, at 9:00 a.m. to show cause why this

adversary proceeding should not be dismissed for failure to prosecute and/or to comply with the Pretrial Order.

###