**SO ORDERED.**
**SIGNED this 6th day of November, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

Debtor

STEPHANIE HATCH

Plaintiff

v.

RICHARD PARKER WILKINSON

Defendant

Case No. 3:16-bk-31282-SHB
Chapter 7

Adv. Proc. No. 3:16-ap-3038-SHB

## O R D E R

On November 2, 2017, Plaintiff filed a Motion to Dismiss, asking the Court to dismiss this adversary proceeding. Because the Motion did not comply with Rule 7041 of the Federal Rules of Bankruptcy Procedure and/or E.D. Tenn. LBR 7007-1 and 9019-1; the Certificate of Service, which was misdated, did not comply with E.D. Tenn. LBR 9013-3; and the Order tendered with

the Motion did not comply with E.D. Tenn. LBR 9072-1(c), as explained at the show cause hearing held on November 6, 2017, the Motion to Dismiss is DENIED without prejudice.

###